UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

NCR VOYIX CORPORATION,

            Plaintiff,

  - against -

EMBARCADERO TECHNOLOGIES EUROPE LIMITED,

            Defendant.
―――――――――――――――――――――――――――――

24-cv-4458 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a conference in connection with the plaintiff's anticipated motion for summary judgment on **Thursday, February 20, 2025, at 2:30 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
            February 11, 2025

                                              _____
                                              John G. Koeltl
                                         United States District Judge