**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
NCR VOYIX CORPORATION,

        Plaintiff,

        -against-

EMBARCADERO TECHNOLOGIES EUROPE LIMITED,

        Defendant.
------------------------------------------------------------x

24-CV-4458 (JGK)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a pre-settlement conference call on this matter on March 12, 2025.

The parties are directed to file a joint letter by **Friday, March 14, 2025,** indicating whether the parties would like to have a follow-up pre-settlement conference call and, if so, the parties should include in their joint letter at least three proposed dates for such a call during the weeks of March 31, 2025, and April 7, 2025.

        SO ORDERED.

Dated: March 12, 2025
       New York, New York

                                            *s/ Ona T. Wang*
                                            **Ona T. Wang**
                                            United States Magistrate Judge