UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NCR VOYIX CORPORATION,

          Plaintiff,

   - against -

EMBARCADERO TECHNOLOGIES EUROPE
LIMITED,

          Defendant.

24-cv-4458 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    On March 9, 2026, the Court filed a memorandum opinion and order containing redactions proposed by the defendant, Embarcadero Technologies Europe Limited. Embarcadero should explain by March 16, 2026 why there is a compelling reason to keep the redacted material under seal; otherwise the Court will file an unredacted version of the memorandum opinion and order on the public docket.

SO ORDERED.

Dated:    New York, New York
         March 10, 2026

                              John G. Koeltl
                     United States District Judge