UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

NCR VOYIX CORPORATION,

                        Plaintiff,

        - against -

EMBARCADERO TECHNOLOGIES EUROPE
LIMITED,

                        Defendant.
_____

24-cv-4458 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear by telephone for a conference in connection with the parties' March 11, 2026 letter on **Monday, March 16, 2026, at 12:00 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    **New York, New York**
           **March 12, 2026**

                                **John G. Koeltl**
                        **United States District Judge**